UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL EUGENE ASHBY, | ) |
| Plaintiff, | ) Case No. C10-56-RSL |
| v. | ) |
| | ) **ORDER OF DISMISSAL** |
| DAVID SHERMAN, | ) |
| Defendant. | ) |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, the cross-motions for summary judgment, the governing law, and the balance of the record, does hereby find and **ORDER**:

(1) The Report and Recommendation is **ADOPTED**;

(2) Defendant's motion for summary judgment is **GRANTED**;

(3) Plaintiff's motion for summary judgment is **DENIED**;

(4) The Clerk of Court is directed to send copies of this Order to plaintiff and to Magistrate Judge Brian A. Tsuchida.

DATED this 12th day of November, 2010.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL -1